IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL ALBERT JENKINS, | No. C-10-0249 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| ELOY MEDINA, et. al., | |
| Defendant(s). | |
| _____ / | |

This civil rights action by a prisoner was filed on January 19, 2010. Doc. #1. The Court notified Plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. #2.

1 | Over forty days have elapsed since Plaintiff was notified
2 | of his filing deficiency; however, he has neither provided the Court
3 | with the requisite items nor filed a request for an extension of
4 | time to do so.  The action, therefore, is DISMISSED without
5 | prejudice.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   03/04/10

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.10\Jenkins-10-249-ifp-dismissal.wpd